Armson *v.* Forsyth.

bond with "Henry Service" as security. An appeal bond was filed, with "J. H. Servoss" as security.

The appellees entered their motion in this court to dismiss the appeal because the bond was not executed by the security named in the order granting the appeal.

## ARMSON *v.* FORSYTH.

(April Term, 1867.)

APPEAL BOND—*by whom it must be signed.* Where the plaintiff in an action of forcible entry and detainer prays an appeal to the Supreme Court, the appeal bond must be executed by the plaintiff himself; it will not suffice for the landlord of the plaintiff to execute the bond.

THIS was an appeal by the plaintiff in the court below from a judgment in an action of forcible entry and detainer. The appeal bond was not executed by the plaintiff, but by another person who it seems was the plaintiff's landlord.

The appellee moved to dismiss the appeal, because the bond was not signed by the plaintiff.

Per CURIAM: It is essential to the sufficiency of the appeal bond that it should be executed by the plaintiff. It will not suffice that it be executed by the landlord of the plaintiff, although the suit was in reference to the possession of premises which the plaintiff claimed the right to hold as tenant of the party executing the bond.

*Appeal dismissed.*